**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
COMPANION PROPERTY AND CASUALTY    )    3:12-cv-00595-HDM-VPC
GROUP,                             )
                                   )
              Plaintiffs,          )    ORDER
                                   )
vs.                                )
                                   )
CONSOLIDATED AGENCY PARTNERS, dba  )
MENICUCCI INSURANCE ASSOCIATES,    )
KAREN FAUST, HIGHPOINT RISK        )
SERVICES LLC, PINNACLE             )
UNDERWRITERS, INC., RISK           )
PLACEMENT SERVICES, INC. dba RISK  )
PLACEMENT SERVICES, INSURANCE      )
BROKERS, JOAN VASCONES, SKY HIGH   )
SPORTS, LLC, SKY HIGH SPORTS       )
ORANGE COUNTY OPERATIONS, LLC,     )
ROLLAND WEDDELL, et al.,           )
                                   )
              Defendants.          )
_____)
```

Defendants Karen Faust and Consolidated Agency Partners dba Menicucci Insurance Associates' motion for an extension of time (#23) in which to file their reply to plaintiff's response to their motion to dismiss is **GRANTED**. Said defendants shall have up to and including Friday, January 29, 2013, in which to file their reply.

IT IS SO ORDERED.

DATED: This 18th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE