# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| COMPANION PROPERTY AND CASUALTY GROUP, | ) ) ) | 3:12-cv-00595-HDM-VPC |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| CONSOLIDATED AGENCY PARTNERS, dba MENICUCCI INSURANCE ASSOCIATES, KAREN FAUST, HIGHPOINT RISK SERVICES LLC, PINNACLE UNDERWRITERS, INC., RISK PLACEMENT SERVICES, INC. dba RISK PLACEMENT SERVICES, INSURANCE BROKERS, JOAN VASCONES, SKY HIGH SPORTS, LLC, SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC, ROLLAND WEDDELL, et al., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendants Karen Faust and Consolidated Agency Partners dba Menicucci Insurance Associates' motion for an extension of time (#23) in which to file their reply to plaintiff's response to their motion to dismiss is **GRANTED**. Said defendants shall have up to and including Friday, January 29, 2013, in which to file their reply.

IT IS SO ORDERED.

DATED: This 18th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE