**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| COMPANION PROPERTY AND CASUALTY GROUP, | ) ) ) | 3:12-cv-00595-HDM-VPC |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| CONSOLIDATED AGENCY PARTNERS, dba MENICUCCI INSURANCE ASSOCIATES, KAREN FAUST, HIGHPOINT RISK SERVICES LLC, PINNACLE UNDERWRITERS, INC., RISK PLACEMENT SERVICES, INC. dba RISK PLACEMENT SERVICES, INSURANCE BROKERS, JOAN VASCONES, SKY HIGH SPORTS, LLC, SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC, ROLLAND WEDDELL, et al., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On December 26, 2012, defendants Risk Placement Services, Gloria Lam, and Joan Vascones (collectively "the RPS defendants") filed a motion to dismiss plaintiff's claims asserted against them in this action (#14). On December 27, 2012, defendants Karen Faust and Consolidated Agency Partners (collectively "the CAP defendants") filed a motion to dismiss (#15) four of the claims plaintiff had asserted against them. On March 13, 2013, the court granted plaintiff leave to file an amended complaint. Plaintiff

1

filed its first amended complaint on March 27, 2013. The amended complaint supersedes plaintiff's original complaint. *Dichter-Mad Family Partners, LLP v. United States*, 707 F. Supp. 2d 1016, 1054 (C.D. Cal. 2010). Accordingly, the RPS and CAP defendants' motions to dismiss (#14, #15) are **DENIED AS MOOT.**

On April 10, 2013, the RPS and CAP defendants filed motions to dismiss the plaintiff's first amended complaint (#48, #49). Plaintiff opposed the motions (#56, #57), and defendants have replied (#58, #59). Plaintiff has pled allegations that support its claims for relief in its first amended complaint and are sufficient to state claims that are plausible on their face. Accordingly, the motions to dismiss are **DENIED WITHOUT PREJUDICE** to renew as a motion for summary judgment at the close of discovery.

IT IS SO ORDERED.

DATED: This 28th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

2