**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| COMPANION PROPERTY AND CASUALTY GROUP, | ) ) ) | 3:12-cv-00595-HDM-VPC |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| CONSOLIDATED AGENCY PARTNERS, dba MENICUCCI INSURANCE ASSOCIATES, KAREN FAUST, HIGHPOINT RISK SERVICES LLC, PINNACLE UNDERWRITERS, INC., RISK PLACEMENT SERVICES, INC. dba RISK PLACEMENT SERVICES, INSURANCE BROKERS, JOAN VASCONES, SKY HIGH SPORTS, LLC, SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC, ROLLAND WEDDELL, et al., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The plaintiff's motion for leave to file a brief in excess of 30 pages (#166) is **DENIED.** Plaintiff's motion for partial summary judgment in excess of 30 pages (#167) is therefore **STRICKEN.** Plaintiff shall have up to and including January 7, 2014, in which to file a motion for summary judgment in compliance with Local Rule of Civil Procedure 7-4.

IT IS SO ORDERED.

DATED: This 2nd day of January, 2014.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE