UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| COMPANION PROPERTY AND CASUALTY GROUP, | ) ) ) | 3:12-cv-00595-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| CONSOLIDATED AGENCY PARTNERS, dba MENICUCCI INSURANCE ASSOCIATES, KAREN FAUST, HIGHPOINT RISK SERVICES LLC, PINNACLE UNDERWRITERS, INC., RISK PLACEMENT SERVICES, INC. dba RISK PLACEMENT SERVICES, INSURANCE BROKERS, JOAN VASCONES, GLORIA LAM, SKY HIGH SPORTS, LLC, SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC, and ROLLAND WEDDELL, *et al.* | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

　　Defendant Highpoint Risk Services has filed a motion for an extension of time in which to oppose the plaintiff's motion to enforce settlement (#215). Plaintiff opposes the extension (#216).

　　In the motion, counsel represents that he believes it is necessary for him to withdraw as counsel for Highpoint due to a potential conflict of interest. Accordingly, good cause exists to

1

extend the time for opposing plaintiff's motion to enable counsel to file his motion to withdraw and/or substitute counsel.  The court will set a date for the opposition to be filed after consideration of the motion to withdraw and the designation of new counsel.

    IT IS SO ORDERED.

    DATED: This 23rd day of January, 2015.

                                                     */s/ Howard D. McKibben*
                                                     UNITED STATES DISTRICT JUDGE