1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

9   COMPANION PROPERTY AND CASUALTY  )        3:12-cv-00595-HDM-VPC
    GROUP,                           )
10                                   )
                    Plaintiff,       )        ORDER
11                                   )
    vs.                              )
12                                   )
    CONSOLIDATED AGENCY PARTNERS, dba)
13  MENICUCCI INSURANCE ASSOCIATES,  )
    KAREN FAUST, HIGHPOINT RISK      )
14  SERVICES LLC, PINNACLE           )
    UNDERWRITERS, INC., RISK         )
15  PLACEMENT SERVICES, INC. dba RISK)
    PLACEMENT SERVICES, INSURANCE    )
16  BROKERS, JOAN VASCONES, GLORIA   )
    LAM, SKY HIGH SPORTS, LLC, SKY   )
17  HIGH SPORTS ORANGE COUNTY        )
    OPERATIONS, LLC, and ROLLAND     )
18  WEDDELL, *et al.*                )
                                     )
19                  Defendants.      )
    _____)

20

21       Defendant Highpoint Risk Services shall file any opposition to

22  the plaintiff's motion to enforce settlement (#212) no later than

    February 18, 2015.
23
         IT IS SO ORDERED.
24
         DATED: This 29th day of January, 2015.
25

26                              _Howard D McKibben_

27                              _____
                                UNITED STATES DISTRICT JUDGE

28