**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| COMPANION PROPERTY AND CASUALTY GROUP, | ) ) ) | 3:12-cv-00595-HDM-VPC |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| SKY HIGH SPORTS, LLC, and SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

Judgment is entered in favor of the plaintiff Companion Property and Casualty Group and against defendants Sky High, LLC, and Sky High Sports Orange County Operations, LLC, in the amount of $3,485,000.00, together with prejudgment interest in the amount of $248,127.23, and postjudgment interest at the legal rate.

IT IS SO ORDERED.

DATED: This 29th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE