Day R. Williams
Attorney at Law
Nevada Bar No. 4418
1601 Fairview Dr. #C
Carson City, NV 89701-5860
Phone: 775/885-8398
Fax: 775/885-2134
day_williams@sbcglobal.net
Attorney for Defendants
Sky High Sports, LLC and
Sky High Sports OC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| COMPANION PROPERTY AND CASUALTY GROUP, a South Carolina corporation,<br>　　　Plaintiff,<br>v.<br>SKY HIGH SPORTS, LLC, a Nevada limited liability company; SKY HIGH SPORTS ORANGE COUNTY OPERATIONS LLC, a Nevada limited liability company,<br>　　　Defendants.<br>_____/ | Case No. 3:12-cv-00595-HDM-VPC<br><br>ORDER GRANTING STIPULATION |

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME
TO RESPOND TO COMPANION'S MOTION FOR FEES AND COSTS**

The undersigned counsel of record, Gina M. Mushmeche, Esq. of Christian, Kravitz, Dichter, Johnson & Sluga, LLC., attorneys for Plaintiff, COMPANION PROPERTY AND CASUALTY GROUP ("Companion") and DAY WILLIAMS, ESQ., attorney for Defendants SKY HIGH SPORTS, LLC and SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC ("Sky High Defendants") hereby stipulate and agree to extend the time to file the response to Companion Property and Casualty Group Motion for Attorneys' Fees and Costs, filed on October 13, 2015 (Doc #327).

Companion and Sky High hereby stipulate and agree as follows:

1. Companion filed Companion Property and Casualty Group Motion for Attorneys' Fees on October 13, 2015. One exhibit consists of 91 pages of billing, which the Sky

1  High Sports defendants must examine.

2  2.  The opposition to the Companion Property and Casualty Group Motion for
3  Attorneys' Fees and Costs is due on October 30, 2015.

4  3.  The parties stipulate that the Sky High Defendants shall have an extension of
5  time until and including Friday, November 6, 2015 within which to file any Opposition to the
6  Companion Property and Casualty Group Motion for Attorneys' Fees and Costs.

7  Dated this 28th day of October, 2015.

_____
Day R. Williams, Esq.
1601 Fairview Dr. #C
Carson City, NV 89701-5860
Attorney for Sky High Defendants

/s/
_____
Gina M. Mushmeche, Esq.
Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Attorney for Plaintiff Companion Property and
Casualty Group

IT IS SO ORDERED.

Dated this 29th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE