# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| COMPANION PROPERTY AND CASUALTY GROUP, | ) ) ) | 3:12-cv-00595-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| SKY HIGH SPORTS, LLC, and SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

Sky High's *ex parte* motion for an order shortening time (#356) is **GRANTED**. Plaintiff shall file a response to Sky High's motion to quash writs of execution (#355) on or before Monday, November 16, 2015, and Sky High shall file any reply on or before Wednesday, November 18, 2015.

IT IS SO ORDERED.

DATED: This 12th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE