**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| COMPANION PROPERTY AND CASUALTY GROUP, | ) ) ) | 3:12-cv-00595-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| SKY HIGH SPORTS, LLC, and SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

   In light of the defendants' notices of bankruptcy filing (ECF Nos. 381 & 386), this action is hereby stayed pending resolution of the defendants' bankruptcy petitions or until further order of the court.

   IT IS SO ORDERED.

   DATED: This 20th day of May, 2016.

   _____
   UNITED STATES DISTRICT JUDGE