UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| COMPANION PROPERTY AND CASUALTY GROUP, | Case No. 3:12-cv-00595-HDM-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SKY HIGH SPORTS, LLC, and SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC et al., | |
| Defendants. | |

Defendants Sky High Sports' and Sky High Sports Orange County Operations' ("defendants") motion to dismiss (ECF No. 390) is STRICKEN as improvidently filed in the district court. As the motion seeks to dismiss defendants' appeal, it must be filed with the Court of Appeals.

IT IS SO ORDERED.

DATED: This 5th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE